**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-6870**

_____

JON TERENCE YAHCHANAN CONRAD, a/k/a Jon
Terence Conrad,

                                   Petitioner - Appellant,

          versus

MICHAEL MOORE, Director of SCDC; CHARLES M.
CONDON, Attorney General of the State of South
Carolina,

                                   Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Charles E. Simons, Jr., Senior Dis-
trict Judge.  (CA-98-2753-AJ)

_____

Submitted:  November 4, 1999         Decided:  November 9, 1999

_____

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Jon Terence Yahchanan Conrad, Appellant Pro Se.  Robert Eugene
Bogan, OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia,
South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jon Terence Yahchanan Conrad seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Conrad v. Moore, No. CA-98-2753-AJ (D.S.C. May 24, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED